FILED
2011 Apr-20 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 6:10-CV-03333-SLB |
| | ) |
| **KENNETH RANDOLPH** | ) |
| | ) |
| **Defendant.** | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This cause coming on to be heard on the amended motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings of fact and conclusions of law:

l.  The Summons and Complaint were served upon Defendant on January 18, 2011; Defendant has failed to appear, plead, or otherwise defend.

2.  Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.  Defendant is indebted to Plaintiff in the principal sum of $66,782.81, court costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $29,402.80 through November 6, 2010 at the rate of 8.250 percent per annum until

date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum, and costs of Process Service $55.00.

    4.  Plaintiff is due to recover from Defendant the total sum of $96,185.61, plus interest from November 6, 2010, until date of judgment at the rate of 8.250 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A Judgment will enter accordingly.

Done this the 20th day of April, 2011.

*Sharon Lovelace Blackburn*
UNITED STATES DISTRICT JUDGE